IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-3031-AP**

In re:

**DB CAPITAL HOLDINGS, LLC**

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

WestLB AG's ("WestLB") Unopposed Motion to Withdraw as a Party from These Proceedings (doc. #6), filed December 21, 2010, is **GRANTED**.  WestLB is dismissed as a party from the above captioned matter and is excused from further participation in this case.  All other parties to this appeal are hereby excused from serving briefs, motions, notices, or other documents associated with this matter upon WestLB or its attorneys.

---

Dated:  December 29, 2010