**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. **10-cv-03031-AP**

| | |
|---|---|
| In re: | ) |
| DB CAPITAL HOLDINGS, LLC | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| ASPEN HH VENTURES, LLC | ) (On Appeal from |
| | ) Bkcy No. 10-25805 MER) |
| Appellants, | ) |
| v. | ) |
| | ) |
| G.D.B.S. at SNOWMASS, INC., WILLIAM DENNIS, | ) |
| REALTY FINANCIAL RESOURCES, INC., | ) |
| O'BRYAN PARTNERSHIP, INC. as Petitioning | ) |
| Creditors and DB CAPITAL HOLDINGS, LLC, | ) |
| | ) |
| Appellees. | ) |

**ORDER**

This matter is before the Court on Appellees' Joint Motion to Stay the Appeal Pending the Outcome of Motions before the Bankruptcy Court , or in the Alternative, an Unopposed Motion to Extend the Time to File Appellees' Opening Brief (doc. #15), filed March 22, 2011.  The Motion is denied in part and granted in part.  Appellees' Joint Motion to Stay the Appeal Pending the Outcome of Motions before the Bankruptcy Court is **DENIED**.  The Unopposed Motion to Extend the Time to File Appellees' Opening Brief is **GRANTED**.  Appellees' briefs are due April 8, 2011; appellant's reply brief is due April 22, 2011.

Dated:  March 23, 2011

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            Honorable John L. Kane
                                            United States District Court Judge